■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BRIAN BECKWITH, Appellant. [705 NYS2d 315] —Judgment modified on the law and as modified affirmed in accordance with the following Memorandum: Upon defendant's conviction of criminal trespass in the second degree (Penal Law § 140.15) and criminal mischief in the fourth degree (Penal Law § 145.00 [1]), County Court imposed consecutive definite sentences of imprisonment of one year and six months. Because those offenses were committed as part of a single incident, imposition of consecutive sentences aggregating more than one year is illegal (*see*, Penal Law § 70.25 [3]; *People v Silvagnio*, 79 AD2d 1112). We therefore modify the judgment by providing that the sentences shall run concurrently.

All concur, Callahan, J., not participating. (Appeal from Judgment of Ontario County Court, Harvey, J.—Criminal Trespass, 2nd Degree.) Present—Green, J. P., Lawton, Pigott, Jr., Hurlbutt and Callahan, JJ.